JAY H. TOWNE et al., Respondents, *v.* DONALD C. STUKEY et al., Defendants, and R. C. McCARTY, Appellant.

Argued October 20, 1949; decided November 23, 1949.

548

*William G. Walsh* and *Casper B. Ughetta* for appellant.

*Sidney R. Siben, Sol Gordon* and *Morris A. Feuerstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.